STATE of Missouri, Appellant,

v.

Xavier D. JOHNSON, Respondent.

No. WD 64505.

Missouri Court of Appeals,
Western District.

Jan. 25, 2005.

STATE of Missouri, Appellant,

v.

Xavier D. JOHNSON, Respondent.

No. WD 64506.

Missouri Court of Appeals,
Western District.

Jan. 25, 2005.

Maureen M. Monaghan, Jefferson City, MO, for Appellant.

Mark R. Feldhaus, Jefferson City, MO, for Respondent.

Before LISA WHITE HARDWICK, P.J., ROBERT G. ULRICH and THOMAS H. NEWTON, JJ.

**ORDER**

PER CURIAM.

The State appeals the trial court's judgment to suppress evidence because the search violated Mr. Xavier D. Johnson's Fourth Amendment rights under the United States Constitution and Article I, Section 15 of the Missouri Constitution. For the reasons explained in the memorandum furnished to the parties, we affirm. Rule 30.25(b).